| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Top Mobility Scooters, Inc.** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-4380252** | |
| **4.** | **Debtor's address** | **Principal place of business** **16609 US Highway 19** **Hudson, FL 34667** Number, Street, City, State & ZIP Code  **Pasco** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.topmobility.com** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Top Mobility Scooters, Inc.**                                              Case number (*if known*)  _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6199__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor  **Top Mobility Scooters, Inc.**                                Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
        Contact name
        Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Top Mobility Scooters, Inc.**_____   Case number (*if known*)_____
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Top Mobility Scooters, Inc.**       Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 26, 2025**
              MM / DD / YYYY

X **/s/ Timothy Sweeney**                          **Timothy Sweeney**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Michael A. Stavros**                       Date  **June 26, 2025**
Signature of attorney for debtor                         MM / DD / YYYY

**Michael A. Stavros**
Printed name

**David Jennis, PA d/b/a Jennis Morse**
Firm name

**606 East Madison Street**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **(813) 229-2800**      Email address  **ecf@JennisLaw.com**

**1033851 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Top Mobility Scooters, Inc.**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **1800wheelchair.com**<br>321 Route 59<br>Suite 147<br>Tallman, NY 10982 | | Trade debt | | | | $15,576.00 |
| **American Express**<br>PO Box 981535<br>El Paso, TX<br>79998-1535 | | Credit card purchases | | | | $35,000.00 |
| **American Express**<br>PO Box 981535<br>El Paso, TX<br>79998-1535 | | Credit card purchases | | | | $318,000.00 |
| **American Express**<br>PO Box 981535<br>El Paso, TX<br>79998-1535 | | LOC | | | | $103,019.00 |
| **Bank of America**<br>PO Box 851001<br>Dallas, TX<br>75285-1001 | | Credit card purchases | | | | $120,000.00 |
| **Capital One**<br>PO Box 60599<br>City of Industry, CA<br>91716 | | Credit card purchases | | | | $137,000.00 |
| **Chase Ink**<br>PO Box 15123<br>Wilmington, DE<br>19850-5123 | | Credit card purchases | | | | $55,000.00 |
| **Circle Specialty**<br>68 35th Street<br>Brooklyn, NY 11232 | | Trade debt | | | | $33,031.00 |
| **Dennis Joseph Sweeney**<br>7267 Rimrock Lane<br>Alexandria, KY 41001 | | Insider Loan | | | | $3,500,000.00 |

Debtor **Top Mobility Scooters, Inc.**    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Guardian Recovery Solutions**<br>285 Cayuga Road<br>Buffalo, NY 14225 | | MCA | | | | $43,000.00 |
| **Hamar Mobility**<br>1500 Independence Blvd.<br>Suite 220<br>Sarasota, FL 34234 | | Trade debt | | | | $28,250.32 |
| **Parafin, Inc.**<br>301 Howard St.<br>Suite 1500<br>San Francisco, CA 94105 | | MCA | | | | $16,855.00 |
| **Parkside Funding Group**<br>need address | | MCA | | | | $174,000.00 |
| **Paypal**<br>2211 N. 1st Street<br>San Jose, CA 95131 | | MCA | | | | $57,148.00 |
| **Pride Mobility**<br>401 York Avenue<br>Duryea, PA 18642 | | Trade debt | | | | $23,226.80 |
| **Rapid Finance**<br>need address | | LOC | | | | $100,000.00 |
| **ROC Funding Group**<br>1457 Richmond Road<br>Staten Island, NY 10304 | | MCA Loan | | | | $122,237.22 |
| **Shopify Capital**<br>NEED ADDRESS | | MCA | | | | $54,432.00 |
| **SuperHandy**<br>need address | | Trade debt | | | | $20,706.00 |
| **U.S. Small Business Administration**<br>409 3rd Street SW<br>Washington, DC 20416 | | EIDL | | | | $157,826.00 |

Top Mobility Scooters, Inc.
16609 US Highway 19
Hudson, FL 34667

Michael A. Stavros
David Jennis, PA d/b/a Jennis Morse
606 East Madison Street
Tampa, FL 33602

1800wheelchair.com
321 Route 59
Suite 147
Tallman, NY 10982

Access Rec, LLC
67 Sand Park Road
Suite A
Cedar Grove, NJ 07009

Afikim Electric Vehicles
need address

Amazon Capital Services, Inc
410 Terry Avenue N
Seattle, WA 98109

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express
PO Box 981535
El Paso, TX 79998-1535

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Bank United
3507 Ulmerton Road
Clearwater, FL 33762

BankUnited, N.A
7815 NW 148th Street
Hialeah, FL 33016

Capital One
PO Box 60599
City of Industry, CA 91716

Chase Ink
PO Box 15123
Wilmington, DE 19850-5123

Circle Specialty
68 35th Street
Brooklyn, NY 11232

Corporation Service Company
AS REP
PO Box 2576
Springfield, IL 62708

Corporation Service Company
AS REP
PO Box 2576
Springfield, IL 62708

Corporation Service Company
AS REP
PO Box 2576
Springfield, IL 62708

CT Corporation System, Rep
330 N. Brand Boulevard
Suite 700
Attn: SPRS
Glendale, CA 91203

Deming Designs, Inc.
16222 Crystal Hill Drive
Austin, TX 78737

Dennis Joseph Sweeney
7267 Rimrock Lane
Alexandria, KY 41001

Dennis Joseph Sweeney
7267 Rimrock Lane
Alexandria, KY 41001

Dennis Joseph Sweeney
7267 Rimrock Lane
Alexandria, KY 41001

Drive Medical
99 Seaview Boulevard
Port Washington, NY 11050

EZ Access
2230 Pembroke Road
Hopkinsville, KY 42240

Financial Agent Services
PO Box 2576
Springfield, IL 62708

First Corporate Solutions
AS REP
914 S. Street
Sacramento, CA 95811

Flexabed
1825 Hillside Road
La Fayette, GA 30728

Florida Dept. of Revenue
PO Box 6668
Tallahassee, FL 32314

Forcemech
need address

Golden Technologies
need address

Guardian Recovery Solutions
285 Cayuga Road
Buffalo, NY 14225

Hamar Mobility
1500 Independence Blvd.
Suite 220
Sarasota, FL 34234

Healthline Medical Products
260 North Ace Yeager Ct
Unit D
Salt Lake City, UT 84116

Internal Revenue Service
Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101-7346

Interstate All Battery
need address

Interstate All Battery
need address

Jay Fares Corp
16609 US Highway 19N
Hudson, FL 34667

Journey Health & Lifestyle
6800 Paragon Place
Richmond, VA 23230

Merits Health Products Inc.
4245 Evans Avenue
Fort Myers, FL 33901

Miracle Mobility
10593 Ulmerton Rd
Largo, FL 33771

MK Battery
6990 Peachtreet Industrial
Norcross, GA 30071

Mobility City of Lake County
888 E. Belvidere Rd
Unit 401
Grayslake, IL 60030

Mobility City of Milpitas CA
128 W. Calaveras Blvd.
Milpitas, CA 95035

Mobility City Palm Beach
Gardens
4383 Northlake Blvd.
Northmil Plaza
Palm Beach Gardens, FL 33410

Moving Life, Ltd
need address

Parafin, Inc.
301 Howard St.
Suite 1500
San Francisco, CA 94105

Parafin, Inc.
c/o Incorporating Svs. LTD
3500 S. Dupont Hwy
Dover, DE 19901

Parkside Funding Group
need address

Paypal
2211 N. 1st Street
San Jose, CA 95131

Pride Mobility
401 York Avenue
Duryea, PA 18642

Rapid Finance
need address

Rhythm Healthcare
Corporate Office
489 5th Avenue
28th FL
New York, NY 10117

ROC Funding Group
1457 Richmond Road
Staten Island, NY 10304

| | |
|---|---|
| Shopify Capital<br>NEED ADDRESS | Tzora Active Systems LTD<br>need address |
| Shoprider Mobility<br>1338 Storm Parkway<br>Ste. D<br>Torrance, CA 90501 | U.S. Small Business<br>Administration<br>409 3rd Street SW<br>Washington, DC 20416 |
| Smirthwaite USA LLC<br>c/o Chris Doran<br>PO Box 340<br>Angier, NC 27501 | U.S. Small Business<br>Administration<br>409 3rd Street SW<br>Washington, DC 20416 |
| SuperHandy<br>need address | VIPAMAT<br>2316 Arbpr Street<br>Houston, TX 77004 |
| Sweeney & Sweeney, LLC<br>16609 US Highway 19N<br>Hudson, FL 34667 | Vive Health<br>need address |
| Timothy Joseph Sweeney<br>5107 Rue Vendome<br>Lutz, FL 33558 | Wells Fargo Bank NA<br>800 Walnut Street<br>Des Moines, IA 50309 |
| Timothy Joseph Sweeney<br>5107 Rue Vendome<br>Lutz, FL 33558 | WHILL<br>303 Twin Dolphin Drive<br>6th Floor<br>Redwood City, CA 94065 |
| Timothy Joseph Sweeney<br>5107 Rue Vendome<br>Lutz, FL 33558 | |
| Travel Buggy<br>1035 S. Otterbein Avenue<br>Rowland Heights, CA 91748 | |